IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICKLER J. SINGLETARY,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2128

_____/

Opinion filed September 5, 2014.

An appeal from the Circuit Court for Duval County.
Mallory D. Cooper, Judge.

Mickler J. Singletary, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

 PADOVANO, THOMAS, and CLARK, JJ., CONCUR.